Fred FREEMAN, Plaintiff—Appellant,

v.

Nurse DERRICK, Director of Nursing; Warden Hagan; Ken Long, Grievance Coordinator; John Doe, of Anderson County Court, Defendants—Appellees,

and

South Carolina Department of Corrections; Commissioner Ozmint, for South Carolina Department of Corrections; Doctor Olivencia; Director Fludd, Food Service; Doctor Byrne; Warden Cohen; Doctor Allewine; Linda Dunlap; Warden Talor, Defendants.

No. 10–6664.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 5, 2010.

Fred Freeman, Appellant Pro Se. Steven Michael Pruitt, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, South Carolina, for Appellees.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred Freeman seeks to appeal the district court's order affirming the recommendation of the magistrate judge and dismissing all but two defendants in Free-man's 42 U.S.C. § 1983 (2006) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Freeman seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Freeman's motion to remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*